IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAN DAENZER,<br><br>         Plaintiff,<br><br>DEREK SMITH LAW GROUP, PLLC, and<br>ALEXANDER GABRIEL CABECEIRAS, ESQ.,<br>Individually,<br><br>         Defendants. | CIVIL ACTION NO.:<br>25-CV-07317-JHR<br><br>**NOTICE OF APPEARANCE**<br><br>*Filed Electronically* |

  **PLEASE TAKE NOTICE** that Joseph L. Francoeur of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, 150 East 42nd Street, New York, New York 10017, will be appearing as Counsel of Record for Defendants, DEREK SMITH LAW GROUP, PLLC, and ALEXANDER GABRIEL CABECEIRAS, ESQ. and that all papers, Notices, and Orders with regard to the proceedings in this action, which otherwise would be required to be served upon said defendants, are to be served upon the offices of the undersigned.

Dated: New York, New York
    October 13, 2025

                Respectfully submitted,

       WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

            By: *Joseph L. Francoeur*
                Joseph L. Francoeur
                *Attorneys for Defendants*
                *Derek Smith Law Group, PLLC, and*
                *Alexander Gabriel Cabeceiras, Esq.*
                150 East 42nd Street
                New York, New York 10017-5639
                Telephone: 212.490.3000
                Facsimile: 212.490.3038
                File No. 22568.00237
                joseph.francoeur@wilsonelser.com