# EXHIBIT I

E

At ~~an~~ IAS Part **57** of the Supreme Court of the State of New York, held in and for the County of New York, at the Courthouse, located at 60 Centre Street, New York, NY 10007, on the **30** day of June, 2025.

PRESENT:    Honorable **HON. SABRINA B. KRAUS**, J.S.C.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------x
JAN DAENZER,

                             Plaintiff,

   -against-

WILHELMINA WEST, INC., WILHELMINA MODELS, INC, WILHELMINA INTERNATIONAL, INC., and ALLEN OSBORNE,

                             Defendants.
-----------------------------------------------------------------x

Index No. 952013/2022
Motion Seq. No. 006

**ORDER TO SHOW CAUSE
FOR LEAVE TO REARGUE**

MS# 6 - Renew/Reargue

UPON the application of the Plaintiff JAN DAENZER (hereinafter referred to as Plaintiff"), and the reading and filing of the annexed Affirmation of Keith T. Olsen, dated June 27, 2025, together with the papers and exhibits annexed thereto, and due deliberation having been had thereon; it is

LET ~~ORDERED, that~~ Defendants WILHELMINA WEST, INC., WILHELMINA MODELS, INC., and WILHELMINA INTERNATIONAL, INC. (referred to collectively as the "Wilhelmina Defendants"), or their attorneys, show cause before this Court, before ~~the Motion Support Office~~ IAS /Part, Courtroom ~~130~~ 218, at the Courthouse, located at 60 Centre Street, New York, NY 10007, on the ___ day of _____, 2025, at 9:30 a.m., or as soon thereafter as counsel can be heard, why an Order should not be issued and entered:

(a) pursuant to Civil Practice Law and Rules § 2221 granting leave to renew and reargue the Court's Decision and Order, dated May 28, 2025, to the extent that it granted Wilhelmina Defendants' motion for summary judgment; and

(b) for such other and further relief as is this Court deems just and proper.

~~CAUSE BEING ALLEGED~~ it is ORDERED that SUFFICIENT ~~REASON APPEARING~~ THEREFOR, ~~let~~ service of a copy of this Order to Show Cause, together with a copy of the papers upon which it is based, upon the Wilhelmina Defendants by NYSCEF on or before _____ day of _____, 2025, be deemed good and sufficient service.

ENTER:

_____
J.S.C.

Decline to sign. The court finds no issues of fact or law that were misapprehended in the underlying decision. Additionally, the basis for renewal are documents/information that were in movnts possession at the time of the prior motion practice.

SBK

HON. SABRINA B. KRAUS
J.S.C.