UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAN DAENZER,

                              Plaintiff,                    25 Civ. 7317 (JHR)

                  -v.-
                                                           ORDER
DEREK SMITH LAW GROUP, PLLC et al.,

                              Defendants.

JENNIFER H. REARDEN, District Judge:

       Plaintiff Jan Daenzer brought this action on September 3, 2025.  *See* ECF No. 1.  On

October 29, 2025, Defendants Derek Smith Law Group, PLLC and Alexander Gabriel

Cabeceiras moved to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

*See* ECF No. 12.  On November 19, 2025, Plaintiff filed an amended complaint.  *See* ECF No.

16.  Accordingly, Defendant's motion to dismiss the complaint, ECF. No. 12, is hereby DENIED

as moot.  *See* ECF No. 15.

       The Clerk of Court is directed to terminate ECF No. 12.

       SO ORDERED.

Dated: December 5, 2025
       New York, New York

                                                  _____
                                                  JENNIFER H. REARDEN
                                                  United States District Judge